No. 9169. THE STATE OF MONTANA on the Relation of TOM FELTON, as President of the Farmers Union of Lake County, and CLARENCE P. BICK, as Master of the Lake County Pamona Grange, RELATORS, *v.* DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, in and for the COUNTY OF LAKE and THE HONORABLE C. E. COMER, Judge Thereof, RESPONDENTS.

Decided January 21, 1952.

239 Pac. (2d) 744.

*Jack L. Green,* Missoula, for Relators.

Per Curiam.

Original proceeding. Petition for writ of supervisory control. Upon reading and filing of relator's petition and after hearing oral argument by their counsel made *ex parte,*

It is ordered that the petition and writ be denied and the proceeding dismissed, but without prejudice to the taking by relators of appeal from any appealable judgment, decree or order that may have been made or entered against them.